UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DONELL LLOYD,#10B1949,
                    plaintiff,

        -against-

MORCIA N. REISFORD,SORC,DARRYL L.
REGISFORD,Sgt,SHAUNN H. KERR,
C.O. DEAN C. MOWATT, C.O.LAWANDA
WILLIAMS,C.O.
                    DEFENDANT(s).
_____



Application granted.

The briefing schedule for Defendant's motion to dismiss is extended as follows. Plaintiff shall file his opposition papers on 06/03/2023. Defendants shall file their reply on 07/14/2023.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        May 1, 2023

PLAINTIFF,DONELL LLOYD,#10B1949, I am before you seeking to obtain an extension of time. I am aware that the Honorable Judge Philip M.Halpern,United States District Judge directed plaintiff to file opposition to Defendant's Motion to dismiss to May 4th,2023. However, please understand that i am Pro se and I am experiencing inadequate access to the Law library dut to the electronic computers and printers are down and as that are prevent me from adequately engage in my legal process to complete and file my opposition Accordingly.

HONORABLE Halpern, I cannot adequatey obtain the necessary legal material (e.g. case law, rules or Statuory law) to complete and file my opposition papers within the previous time framed by this Court.

    For the foregoing Reason, I Respctfully ask that this Court grant me an extentension of 60-Day's to my papers the right way. the opposed party would not be prejudice by the granting of the herein Requested Extension. In concllusion, I Thank you very much in advance for your time and consideration provide to my instant matter and look forward to hearing from you at your earliest convenience.

PURSUANT TO 28 U.S.C. SECTION 1746, I declare under the penalty of perjury that the foregoing is true and correct.

                                              YOURS VERY TRULY,

                                              DONELL LLOYD,#10B1949
                                              Auburn Correctional facility
                                              135 state street,PO.box 618
                                              Auburn, New York 13024
                                              (via first- class Mail)

Dated:APRIL 17th,2023

CC:

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: DONELL LLOYD        DIN: 10B1949

legal mail

HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601

