UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONELL LLOYD,

                Plaintiff,

- against -

MARCIA REGISFORD, et al.,

                Defendants.

**ORDER**

22-CV-03744 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, in an Opinion & Order dated September 12, 2023, granted Defendants' motion to dismiss the Amended Complaint without prejudice. (Doc. 48). The Court further directed that "[i]f Plaintiff wishes to file a Second Amended Complaint addressing the deficiencies identified in this Opinion & Order, Plaintiff must do so within 30 days of the date of this Opinion & Order" and cautioned that "[f]ailure to timely file a Second Amended Complaint may result in dismissal of this action with prejudice." (*Id.*). More than 30 days have passed since the Court's September 12, 2023 Opinion & Order and Plaintiff has failed to file a Second Amended Complaint or request an extension of time to do so.

Accordingly, the Court dismisses this action with prejudice. The Clerk of Court is directed to close this case.

                              SO ORDERED.

Dated: White Plains, New York
          October 30, 2023

                              PHILIP M. HALPERN
                              United States District Judge